IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF WEEKS MARINE, INC., AS THE OWNER OF THE M/V RONNIE R, PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | ) ) ) ) ) ) ) CIVIL ACTION NO.: 4:21-cv-246 |

## ORDER

Plaintiff Weeks Marine, Inc., instituted this limitation proceeding, pursuant to 46 U.S.C. §§ 30501, *et seq.*, on or about September 2, 2021. (Doc. 1.) Multiple parties thereafter filed claims in the proceeding. (Docs. 13, 15.) On January 10, 2022, at the request of the parties, the Court stayed this limitation proceeding (and lifted an injunction that had previously been entered) so that the parties could proceed with two separate non-limitation actions, which were filed in state court and later removed to this Court. (See doc. 34.) Presently before the Court is a Joint Stipulation of Dismissal With Prejudice, signed by counsel for all parties and filed with the Court on April 3, 2023, wherein the parties indicate that they have resolved all of the claims in the non-limitation actions and that settlement agreements have been signed among the parties. (Doc. 49.) Accordingly, they stipulate to and request the dismissal, with prejudice, of this action. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is hereby authorized and **DIRECTED** to

**LIFT** the stay presently in place in this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 5th day of April, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA